## MEMORANDUM

**TO:** Honorable John M. Rogers
Sixth Circuit Court of Appeals
Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, Ohio 45202

**FROM:** U.S. District Judge Harry S. Mattice, Jr.

**SUBJECT:** Advance Authorization for Investigative, Expert or Other Services

It is requested that advance authorization be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act, 18 U.S.C. § 3006A, as follows:

**Case Name & Designation:** USA vs. Amanda Murphy-Snyder - 1:09-cr-74

**Name of Expert or Investigator:** Psychologist - David Solovey

**Address:** 7302 Jarnigan Road, Chattanooga, TN 37421

**Type of Expert:** Psychological Services

**Reason for Application:** The reason for the application is set out in the attached Third Motion for Expert Funds and Affidavit in Support (Doc. 59). Counsel for defendant has advised that it is projected that further psychological services will require an additional cost of $1,000.00, for a total approved amount not to exceed $2,600.00.

**Estimated Compensation.** $2,600.00

I certify that the estimated compensation in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of an additional $1,000.00.

_____     4/1/10
U.S. District Judge Harry S. Mattice, Jr.     Date

_____     _____
Honorable John M. Rogers     Date
U.S. Court of Appeals